## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIO-RAD LABORATORIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. _____ |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| 10X GENOMICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Bio-Rad Laboratories, Inc. ("Bio-Rad") for its Complaint against Defendant 10X

Genomics, Inc. ("10X" or "Defendant"), hereby alleges as follows:

## PARTIES

1.      Plaintiff Bio-Rad Laboratories, Inc. is a Delaware corporation having a principal

place of business at 1000 Alfred Nobel Drive, Hercules, CA 94547.

**2.**      Upon information and belief, 10X Genomics, Inc., formerly known as 10X

Technologies, Inc., is a Delaware corporation having a principal place of business at 7068 Koll

Center Parkway, Suite 401, Pleasanton, CA 94566.

## NATURE OF THE ACTION

3.      This is a civil action for patent infringement of the following patents by

Defendant 10X:  United States Patent Nos. 9,562,837 ("the '837 patent") and 9,896,722 ("the

'722 patent") (collectively, the "Asserted Patents").  This action is based upon the Patent Laws of

the United States, 35 U.S.C. §1 *et seq*.

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over 10X by virtue of the fact that, *inter alia*, 10X committed, aided, abetted, induced, contributed to, and/or participated in the commission of, tortious acts of patent infringement that have led to foreseeable harm and injury to Bio-Rad in Delaware.  This Court has personal jurisdiction over 10X for the additional reasons set forth below and for other reasons that will be presented to the Court if such personal jurisdiction is challenged.

6.     This Court has personal jurisdiction over 10X by virtue of, *inter alia*, the fact that 10X is a Delaware corporation.

7.     Venue is proper in this District under 28 U.S.C. § 1400(b) because 10X resides in Delaware.

## THE ASSERTED PATENTS

8.     On February 7, 2017, the United States Patent and Trademark Office duly and legally issued the '837 patent, titled "Systems for Handling Microfluidic Droplets."  Bio-Rad is the sole owner of the '837 patent.  A copy of the '837 patent is attached hereto as Exhibit A.

9.     On February 20, 2018, the United States Patent and Trademark Office duly and legally issued the '722 patent, titled "System For Handling Microfluidic Droplets."  Bio-Rad is the sole owner of the '722 patent.  A copy of the '722 patent is attached hereto as Exhibit B.

## ACTS GIVING RISE TO THIS ACTION

10.     Husband and wife David and Alice Schwartz started Bio-Rad in 1952 in a 1,600 square foot Quonset hut in Berkeley, California as a research-focused company to deliver life science products and services to identify, separate, purify, and analyze chemical and biological

2

materials.  The company went public in 1966 and expanded into the clinical diagnostics market soon thereafter.  Bio-Rad quickly established itself as a leader in the field of life science research and clinical diagnostics, and today may of Bio-Rad's products and tools used in the biotechnology industry are recognized as the gold standard.

11.     A centerpiece of many of Bio-Rad's products is its Droplet Digital™ technology. This technology involves partitioning biological samples by placing them in individual microdroplets that are formed based on emulsion chemistry.  Using this technology, researchers can create a large numbers of partitions, each one for carrying out a reaction, with a minimum amount of sample handling and a minimum amount of sample volume.  A variety of different reactions may be carried out inside the droplets, including polymerase chain reaction ("PCR"), and various reactions to prepare samples for next generation sequencing ("NGS").

12.     Bio-Rad's Droplet Digital™ technology permits amplification of very small amounts of sample, e.g., a single cell ("Single Cell Analysis") or a single molecule of nucleic acid.  Very dilute samples are used, such that many droplets do not contain a sample at all, hence the name, Droplet Digital™.   Droplets containing samples can be thought of as "1s," while droplets containing no sample can be thought of as "0s."  Bio-Rad's Droplet Digital™ technology reduces bias in preparing samples for NGS.

13.     Bio-Rad began offering its Droplet Digital™ PCR ("ddPCR™") Systems brands in 2011 following its acquisition of QuantaLife, Inc. ("QuantaLife") and its digital droplet PCR technology.  The work at QuantaLife and subsequently at Bio-Rad led to a large number of patents being granted throughout the world concerning droplet-based emulsion systems and methods.

14.     Bio-Rad's droplet digital technology was a breakthrough that greatly advanced the capabilities of PCR and NGS.  Just one year after the launch of Bio-Rad's first generation product, the number of papers citing Bio-Rad's droplet digital method using PCR nearly quintupled.

15.     Over the next couple of years, more than 250 peer-reviewed papers were published in the fields of cancer, liquid biopsy, virology, and other diseases that cited to Bio-Rad's technology.

16.     The Droplet Digital™ technology and many of Bio-Rad's patents in this field are directed to the critical steps of forming the droplets, which are a result of advances in both microfluidics and surfactant chemistry.  As shown in the image here, in the patented technology, the sample is partitioned into miniaturized droplets that are formed as water-in-oil emulsions (*e.g.*, microdroplets of water surrounded by oil) by passing samples and oil through microchannels in a microfluidic chip and collecting the droplets in a collection well.



17.     Bio-Rad's Droplet Digital™ technology is capable of partitioning a single sample into approximately 20,000 microdroplets.

18.     Certain applications of Bio-Rad's Droplet Digital™ technology that prepare samples for NGS start with the patented steps of forming droplets by flowing certain solutions together.  For example, one method of encapsulating cells involves flowing adaptors that are uniquely barcoded together with the sample cells to be studied.  These two aqueous solutions are then brought into a contact with a continuous solution such as an oil to form a droplet containing the sample and the barcodes.  The cells can be lysed and the mRNA in the cells can be barcoded. With these preparatory steps performed one can then use other reagents and tools to perform sequencing, determine copy number, or perform other modes of analysis.  This patented preparatory method allows more individual cells to be analyzed in a highly scalable fashion than was previously possible.

19.     Bio-Rad's ddSEQ™ Single-Cell Isolator uses Droplet Digital™ technology to encapsulate single cells and barcodes into subnanoliter droplets, where cell lysis and barcoding of cellular messenger RNA occur.  Libraries are generated representing the messenger RNAs from single cells that can be sequenced for Single Cell Analysis.

20.     Bio-Rad has spent years and hundreds of millions of dollars researching, acquiring and developing its Droplet technology and portfolio that is the foundation for many droplet-based applications such ddPCR™ and NGS and Single Cell Analysis.

21.     On January 16, 2017, Bio-Rad acquired RainDance Technologies, Inc. ("RainDance"), and all of its intellectual property, including the Asserted Patents.

22.     After Bio-Rad acquired RainDance, RainDance assigned all of its rights in the Asserted Patents to Bio-Rad.

23.     Since its founding, RainDance helped to transform disease research by making innovative tools using its proprietary technologies that simplify complex genetic analysis.

RainDance's patented droplet system fundamentally enhances the way researchers and scientists study cell-based and cell-free biomarkers in cancer, infectious disease, and inherited disorders.

24.     Starting in 2012, several Bio-Rad employees left to found 10X Technologies, Inc., which later became Defendant 10X Genomics.  This company, like Bio-Rad, focused on developing systems and methods for generating droplet-based emulsions.

25.     In 2015, 10X launched a droplet-based emulsion system called GemCode that used the claimed microchips and chemistry for forming droplets that can be used in, among other things, Next Generation Sequencing and Single Cell Analysis.

26.     Approximately one year later, 10X launched an updated version of its droplet-based emulsion system called Chromium.

27.     On information and belief, the GemCode and Chromium products both utilized the same scientific principles to create emulsions in a microfluidics chip, and use the same type of microfluidic chips.  Both the GemCode and Chromium products infringe the claims of the Asserted Patents.

### Count I – Infringement of U.S. Patent No. 9,562,837

28.     Bio-Rad incorporates all of the above paragraphs as though fully set forth herein.

29.     10X has infringed, and continues to infringe, literally and/or under the doctrine of equivalents, one or more claims of the '837 patent pursuant to at least 35 U.S.C. § 271(a), by making, using, selling, offering to sell in the United States, and/or importing into the United States, without authority, certain emulsion formation products, including, without limitation, the Chromium and GemCode products ("Accused Products").

30.     10X is making, using, selling, offering to sell, and/or importing within the United States multiple Chromium products, including at least the Single Cell DNA, Single Cell 3',

V(D)J, Single Cell ATAC, Genome, Exome, and *de novo* products.  (10x Genomics Product Website, https://www.10xgenomics.com/solutions/ (last accessed October 18, 2018).)

31.     These products are used in conjunction with Chromium Controller instruments, which accept the microfluidic chips used to partition samples and create droplets.   The Chromium product line is a continuation of the prior GemCode product line, which infringes for the same reasons identified for the Chromium products.

32.     The accused Chromium Controllers include:   the Chromium Single Cell Controller & Accessory Kit, 12 Mo. Warranty (120263); Chromium Single Cell Controller & Accessory Kit, 24 Mo. Warranty (120212); Chromium Controller & Accessory Kit, 24 Mo. Warranty (120246); Chromium Controller & Accessory Kit, 12 Mo. Warranty (120223).

33.     The accused Chromium reagents include:  Chromium Chip B Single Cell Kit 48rxns (1000073); Chromium Chip B Single Cell Kit 16rxns (1000074); Chromium Chip C Single Cell DNA Kit, 48rxn (1000022); Chromium Chip D Single Cell DNA Kit, 48rxn (1000042); Chromium i7 Multiplex Kit, 96rxns (120262); Flowmi Filter, 50 rxns (1000055); 10X Chromium Chip D Holder (1000053); 10X Magnetic Separator A (1000054); Chromium Single Cell 3' Library and Gel Bead Kit v3 4rxns (1000092); Chromium Single Cell 3' Library and Gel Bead Kit v3 16rxns (1000075); Chromium i7 Multiplex Kit N, Set A 96rxns (1000084); Chromium Single Cell 5' Library & Gel Bead Kit 16rxns (1000006); Chromium Single Cell 5' Library & Gel Bead Kit 4rxns (1000014); Chromium Single Cell 5' Library Construction Kit 16 rxns (1000020); Chromium Single Cell A Chip Kit 16rxns (1000009); Chromium Single Cell A Chip Kit 48rxns (120236); Chromium Single Cell V(D)J Enrichment Kit, Human B Cell 96rxns (1000016); Chromium Single Cell V(D)J Enrichment Kit, Human T Cell 96rxns (1000005); Chromium Single Cell V(D)J Enrichment Kit, Mouse B Cell 96rxns (1000072); Chromium

Single Cell V(D)J Enrichment Kit, Mouse T Cell 96rxns (1000071); Chromium Single Cell ATAC Library & Gel Bead Kit, 16rxns (1000110); Chromium Single Cell ATAC Library & Gel Bead Kit, 4rxns (1000111); Chromium Single Cell ATAC Chip E Kit, 48rxns (1000082); Chromium Single Cell ATAC Chip E Kit, 16rxns (1000086); Chromium Genome HT Library & Gel Bead Kit v2, 96rxns (120261); Chromium Genome Library Kit & Gel Bead Kit v2, 16rxns (120258); Chromium Genome Chip Kit v2, 48rxns (120257); Chromium Automation Accessory Kit (1000008); Chromium Genome HT Library & Gel Bead Kit v2 for Exome Application, 96rxns (1000018); Chromium Genome Library & Gel Bead Kit v2 for Exome Application, 16rxns (1000017); and Chromium Post Capture Amplification Kit, included with 1000017 (1 qty), 1000018 (6 qty).

34.     The accused Chromium software includes:  Cell Ranger, Cell Ranger DNA, Long Ranger, Supernova, Loupe Cell Browser, Loupe V(D)J Browser, Loupe scDNA Browser, Loupe Genome Browser, Cell Ranger ATAC, Long Ranger Analysis Pipelines, Cell Ranger Analysis Pipelines, Loupe scDNA Browser, and the Supernova Assembler.

35.     For example, the Accused Products contain each element of and infringe claim 1, which states:

**Claim 1.** An assembly, the assembly comprising:

a microchannel in a horizontal plane;

at least one droplet formation module comprising a sample inlet, an immiscible fluid inlet, and a junction, wherein the junction is located between the sample inlet and the microchannel and the droplet formation module is configured to produce droplets comprising the sample surrounded by the immiscible fluid; and

at least one downstream separation chamber comprising a droplet receiving chamber inlet and at least one droplet receiving outlet, wherein the separation chamber is upright to the microchannel and out of the horizontal plane;

wherein the droplet formation module and the separation chamber are in fluid communication with each other via the microchannel; and wherein the

separation chamber has a wider cross-section than the microchannel cross-section to accumulate a plurality of droplets comprising the sample and is of a volume sufficient to separate the plurality of droplets comprising the sample from the immiscible fluid within the separation chamber.

10X infringes each element of claim 1 of the '837 patent for at least the following reasons.

*Preamble:  An assembly, the assembly comprising:*

36.     To the extent the preamble is limiting, the Preamble is met because the Accused Products use an assembly to form emulsion droplets.  The accused 10X microfluidics chips are "assemblies":



Exhibit C, Black Sales Presentation, at 32.

*Element 1a:  a microchannel in a horizontal plane*;

37.     This element is met by microchannels in a horizontal plane along the bottom surface of the 8-Channel Microfluidics Chip, as shown below.  The microchannel is shown the red box in the diagram below, containing blue droplets, and is shown in the red box on the right side of the photograph, containing droplets.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.



Exhibit C, Black Sales Presentation, at 7; Exhibit D, 10X Single Cell Application Note, at 1.

*Element 1b:  at least one droplet formation module comprising a sample inlet, an immiscible fluid inlet, and a junction, wherein the junction is located between the sample inlet and the microchannel and the droplet formation module is configured to produce droplets comprising the sample surrounded by the immiscible fluid; and*

38.     This element is met, as shown below, by droplet formation modules contained in the "8-Channel Microfluidics Chip," which produces emulsion droplets containing sample ("GEMs").  Each channel in the microfluidics chip (shown by dotted lines in the figure below) comprises a droplet formation module, comprising a sample inlet, an immiscible fluid inlet, and a junction, wherein the junction is located between the sample inlet and the microchannel, and the droplet formation module is configured to produced droplets comprising the sample surrounded by the immiscible fluid.  For example, a row of sample inlets in the microfluidics chip is indicated by a green arrow in the diagram below, and labeled "Cells + Reagents."  The row of immiscible fluid inlets is indicated by a red arrow in the diagram below, and labeled "Oil."  The junction in the figure below is indicated by a red square.  As can be seen in the

figure, the junction is located between a sample inlet (*e.g.*, the dark gray microchannel labeled "Cells / Reagents,") and the microchannel (shown in light gray to the right of the junction).



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).

39.     The microfluidics assemblies of the Accused Products are configured to produce droplets comprising the sample surrounded by the immiscible fluid (oil).  As shown in the red box in the figure below, the 8-Channel Microfluidics Chip produces "GEMs."  These "GEMs" are "nanoliter-scale Gel Bead-In-EMulsions (GEMs)."  *See* Exhibit E, 10X Chromium Single Cell 3' Reagent Kits v. 2 User Guide, Rev B, at 2.  "GEMs" are droplets comprising gel beads, some of which also comprise a cell (shown as small blue circles in the light blue droplets ("Single Cell GEMs")) surrounded by the immiscible fluid (oil), shown in light gray in the microchannel.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).

*Element 1c: at least one downstream separation chamber comprising a droplet receiving chamber inlet and at least one droplet receiving outlet, wherein the separation chamber is upright to the microchannel and out of the horizontal plane;*

40. This element is met by the downstream separation chamber, indicated as "Outlet well" in the figure below. The separation chamber comprises a droplet receiving chamber inlet, connecting the separation chamber to the microchannel, so that the GEMs can collect in the separation chamber. The separation chamber further comprises a droplet receiving outlet, so that the GEMs can be collected by pipetting out of the separation chamber, as shown in the figures below.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).



Exhibit C, Black Sales Presentation, at 32.



Exhibit E, Single Cell 3' User Guide, at 15 (annotated).



Exhibit E, Single Cell 3' User Guide, at 16 (annotated).



Exhibit E, Single Cell 3' User Guide, at 55 (red box annotation added; orange arrows original).

*Element 1d: wherein the droplet formation module and the separation chamber are in fluid communication with each other via the microchannel; and wherein the separation chamber has a wider cross-section than the microchannel cross-section to accumulate a plurality of droplets comprising the sample and is of a volume sufficient to separate the plurality of droplets comprising the sample from the immiscible fluid within the separation chamber.*

41.     This element is met by the droplet formation module and the separation chamber ("Outlet well") in the microfluidics assemblies of the Accused Products.  The outlet well and droplet formation module are in fluid communication with each other via the microchannel, as shown in the figure below.  Fluid flows from the junction to the separation chamber (outlet well) via the microchannel.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).

42.     The separation chamber of the microfluidics assemblies of the Accused Products has a wider cross-section than the microchannel cross-section.  As 10X's Chromium Single Cell 3' User Guide states, "[t]he generation of GEMs occurs in channels that are narrower than the typical human hair (i.e. <100 μm)."  Exhibit E, Single Cell 3' User Guide, at 6.  The separation chamber, on the other hand, has a cross section larger than that of the average pipette tip, as shown below:



Exhibit E, Single Cell 3' User Guide, at 16.

43.     The separation chamber of the microfluidics assemblies of the Accused Products collects the sample-containing droplets and is of a volume sufficient to separate the plurality of droplets comprising sample (GEMs) from the immiscible fluid (oil) within the separation chamber (outlet well).  For example, the 10X Chromium Single Cell 3' User Guide instructs the user to "aspirate 100 ul of GEMs from the lowest points of the recovery wells," indicating that the droplets have been separated from the immiscible fluid (oil) and collected at the bottom of the outlet well(s):



*Abnormally high volume in any of the wells may indicate that a clog occurred during GEM generation.*

e) Slowly aspirate **100 µl** GEMs from the lowest points of the Recovery Wells (**row labeled ◄**) without creating a seal between the tips and the bottom of the wells. Avoid introducing air bubbles.

Exhibit E, Single Cell 3' User Guide, at 15.

44.      The fact that the user can withdraw 100 ul of GEMs from the bottom of each of the recovery wells indicates that separation occurred in the wells because the protocol involves loading a total volume of 130 ul of gel beads and mix and cells and 270 ul of oil, for production of a total maximum volume of about 130 ul of GEMs.  Exhibit E, Single Cell 3' User Guide, at 11-13.

45.      The protocol instructed the user initially to transfer 90 ul of Master Mix containing cells to the "cells + reagents" wells on the microfluidics chip:



Exhibit E, Single Cell 3' User Guide, at 12.

46.     The protocol further instructed the user to transfer 40 ul of Single Cell 3' Gel Beads into the Bead Well:



Exhibit E, Single Cell 3' User Guide, at 13.

47.     The protocol further instructed the user to transfer 270 ul of Partitioning Oil into the Oil Well:



Exhibit E, Single Cell 3' User Guide, at 13.

48.     Therefore, a total of 130 ul of Gel Beads and Master Mix containing cells are loaded into each channel of the microfluidics chip, for a maximum possible total recovery of GEMs of about 130 ul.  Withdrawal of 100 ul of GEMs, less than the total maximum volume of GEMs, from the bottom of the recovery wells demonstrates successful separation of GEMs from the immiscible fluid (oil).

49.     The protocol further instructs the user that after the pipette tips containing the GEMs are withdrawn from the wells, "GEMs should appear opaque and uniform across all channels."  Exhibit E, Single Cell 3' User Guide, at 16.  The Single Cell 3' User Guide further instructs the user that the presence of excess "Partitioning Oil" in the pipette tips, which would indicate a lack of separation of the GEMs from the oil, indicates a malfunction of the system

caused by a clog:  "The presence of excess Partitioning Oil (clear) in the pipette tips indicates a potential clog during GEM generation."  Exhibit E, Single Cell 3' User Guide, at 16.

50.    The following images from the Single Cell 3' User Guide demonstrate the differences between successful operation of the system and faulty operation of the system:



Exhibit E, Single Cell 3' User Guide, at 53.

51.    In particular, where there are clogs in the system such that 100 ul of GEMs are not recovered, the pipette tips will contain both oil and GEMs.  *See, e.g.*, Exhibit E, Single Cell 3' User Guide, at 53 (pipette tip G in the image on the right hand side image above).  The presence of oil in the tips indicates a malfunction of the system, demonstrating that when the system functions properly, the GEMs separate from the oil in the recovery wells and collect at the bottom of the wells.

52.    On information and belief, 10X has sold the Chromium Product in the United States since at least February 2016 and the GemCode Product since at least February 2015.

53.     On information and belief, 10X commercially manufactures, uses, offers for sale, sells within the United States, or imports into the United States the Chromium and/or GemCode Products.  10X's making, using, selling, offering for sale, and importation of the Chromium and GemCode Products infringes at least claim 1 of the '837 patent under 35 U.S.C. § 271(a).

54.     As the direct and proximate result of 10X's conduct, Bio-Rad has suffered and, if 10X's conduct is not stopped, will continue to suffer, severe competitive harm, irreparable injury, and significant damages, in an amount to be proven at trial.  Because Bio-Rad's remedy at law is inadequate, Bio-Rad seeks, in addition to damages, temporary, preliminary, and permanent injunctive relief.  Bio-Rad's business operates in a competitive market and will continue suffering irreparable harm absent injunctive relief.

### COUNT II
### (Infringement of U.S. Patent No. 9,896,722)

55.     Bio-Rad incorporates all of the above paragraphs as though fully set forth herein.

56.     On information and belief, 10X has infringed and continues to infringe, literally or under the doctrine of equivalents, one or more claims of the '722 Patent pursuant to 35 U.S.C. § 271(a) by making, using, selling, offering to sell in the United States, and/or importing into the United States, without authority, microfluidic DNA sequencing products, devices, systems, and/or components of systems including without limitation, the Accused Products.

57.     For example, the Accused Products contain each element of and infringe claim 1, which states:

**Claim 1.** A method of reducing contamination associated with sample handling, comprising:

providing an aqueous fluid comprising a sample through a sample inlet;

providing an immiscible fluid flowing through a main channel that is in fluidic communication with the sample inlet, wherein the main channel is in a horizontal plane;

partitioning the aqueous fluid with the immiscible fluid to form a plurality of droplets in the main channel, wherein at least one droplet comprises a sample;

flowing the droplets toward a downstream separation chamber that is in fluidic communication with the main channel;

wherein the separation chamber has a wider cross-section than the main channel cross-section and the separation chamber is disposed perpendicular to the main channel; and

separating the plurality of droplets from the immiscible fluid in the separation chamber based on the different densities of the droplets and the immiscible fluid.

10X infringes each element of claim 1 of the '722 patent for at least the following reasons:

*Preamble:  A method of reducing contamination associated with sample handling, comprising*:

58.    To the extent the preamble is limiting, this element is met by the Accused Products, which, when used in their intended manner, encapsulate samples into individual emulsion droplet compartments, to prevent cross contamination between the reactions taking place in each emulsion droplet compartment.   The figure below shows sample encapsulated within emulsion droplets ("GEMs").



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1.

*Element 1a:  providing an aqueous fluid comprising a sample through a sample inlet*;

59.    This element is met because the Accused Products, when used in their intended manner, provide at least the "Cells + Reagents" fluid that comprises a "sample" provided through a sample inlet, shown as the row of wells indicated by "Cells + Reagents."  The "Cells + Reagents" are in an aqueous fluid.  *See, e.g.*, Exhibit E, Single Cell 3' User Guide, at 10 (providing a "Cell Suspension Volume Calculator Table" indicating the "Volume of Nuclease-free Water per reaction (ul)" and "Volume of Cell Suspension Stock per reaction (ul)").



Exhibit D, 10X Single Cell Application Note, at 1.



Exhibit C, Black Sales Presentation, at 32.

*Element 1b:  providing an immiscible fluid flowing through a main channel that is in fluidic communication with the sample inlet, wherein the main channel is in a horizontal plane;*

60.     This element is met because the Accused Products, when used in their intended manner as shown below, provide oil (shown in light gray), flowing through a main channel (red box) in fluidic communication with a sample inlet (*e.g.*, "Cells/Reagents" channel extending from the "Cells + Reagents" sample well) (blue box).  The main channel is in the horizontal plane of the 8-channel microfluidics chip.  The main channel is in fluidic communication with the sample inlet because the fluid from the sample inlet (*e.g.*, dark gray) flows through the junction into the main channel.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).

*Element 1c:  partitioning the aqueous fluid with the immiscible fluid to form a plurality of droplets in the main channel, wherein at least one droplet comprises a sample*;

61.     This element is met by the Accused Products, which, when used in their intended manner, partition the aqueous fluid (sample fluid) with the immiscible fluid (oil), as shown above, to form a plurality of droplets in the main channel (red box in the figure above), wherein at least one droplet comprises a sample (GEM).

*Element 1d:  flowing the droplets toward a downstream separation chamber that is in fluidic communication with the main channel*;

62.     This element is met by the Accused Products used in their intended manner, in which the sample-containing droplets (GEMs) flow down the main channel (red box) towards the outlet wells shown as light blue circles below.   In addition, the Chromium Single Cell 3' Reagent Kits v2 User Guide, Rev B, directs users to "aspirate 100 ul of GEMs from the lowest points of the Recovery Wells" after the barcoding reaction had been completed.   Exhibit E, Single Cell 3' User Guide, at 15.



Figure 1. GemCode single cell platform. (a) Formation of GEMs, RT takes place inside each GEM, which is then pooled for cDNA amplification and library construction in bulk. (b) Formation of single-cell GEMs. (c) Barcoded oligonucleotides contained inside GEMs. (d) Final library molecules.

Exhibit D, 10X Single Cell Application Note, at 1 (annotated).



*Abnormally high volume in any of the wells may indicate that a clog occurred during GEM generation.*

e) Slowly aspirate **100 µl** GEMs from the lowest points of the Recovery Wells (**row labeled** ◄) without creating a seal between the tips and the bottom of the wells. Avoid introducing air bubbles.

Exhibit E, Single Cell 3' User Guide, at 15.

*Element 1e:  wherein the separation chamber has a wider cross-section than the main channel cross-section and the separation chamber is disposed perpendicular to the main channel; and*

63.     The separation chamber ("Recovery" or "Outlet" well) of the microfluidics assemblies of the Accused Products has a wider cross-section than the cross-section of the main channel.   As 10X's Chromium Single Cell 3' User Guide states, "[t]he generation of GEMs occurs in channels that are narrower than the typical human hair (i.e. <100 µm)."   Exhibit E, Single Cell 3' User Guide, at 6.   The separation chamber, on the other hand, has a cross section larger than that of the average pipette tip, as shown below.



Exhibit E, Single Cell 3' User Guide, at 16.

64.     This element is met by the separation chamber ("Recovery" or "Outlet" well) in the microfluidics assemblies of the Accused Products, which is disposed perpendicular to the main channel, as shown below in the red boxes.



Exhibit E, Single Cell 3' User Guide, at 15 (annotated).



Exhibit E, Single Cell 3' User Guide, at 16 (annotated).



Exhibit E, Single Cell 3' User Guide, at 55 (red box annotation added; orange arrows original).

*Element 1f:   separating the plurality of droplets from the immiscible fluid in the separation chamber based on the different densities of the droplets and the immiscible fluid.*

65.    This element is met by the Accused Products, used in their intended manner, which separate the plurality of droplets (GEMs) from the immiscible fluid (oil) in the separation chamber ("Recovery" or "Outlet" well) based on the different densities of the droplets and the immiscible fluid (oil).  For example, the 10X Chromium Single Cell 3' User Guide instructs the user to "aspirate 100 ul of GEMs from the lowest points of the recovery wells," indicating that the droplets have been separated from the immiscible fluid (oil) and collected at the bottom of the outlet well(s), as a result of the different densities of droplets and oil:



*Abnormally high volume in any of the wells may indicate that a clog occurred during GEM generation.*

e)  Slowly aspirate **100 µl** GEMs from the lowest points of the Recovery Wells (**row labeled** ◄) without creating a seal between the tips and the bottom of the wells. Avoid introducing air bubbles.

Exhibit E, Single Cell 3' User Guide, at 15.

66.     The fact that the user can withdraw 100 ul of GEMs from the bottom of each of the recovery wells indicates that separation occurred in the wells because the protocol involves loading a total volume of 130 ul of gel beads and mix and cells and 270 ul of oil, for production of a total maximum volume of about 130 ul of GEMs.  Exhibit E, Single Cell 3' User Guide, at 11-13.

67.     The protocol instructed the user initially to transfer 90 ul of Master Mix containing cells to the "cells + reagents" wells on the microfluidics chip:



Exhibit E, Single Cell 3' User Guide, at 12.

68.     The protocol further instructed the user to transfer 40 ul of Single Cell 3' Gel Beads into the Bead Well:



Exhibit E, Single Cell 3' User Guide, at 13.

69.     The protocol further instructed the user to transfer 270 ul of Partitioning Oil into the Oil Well:



Exhibit E, Single Cell 3' User Guide, at 13.

70.     Therefore, a total of 130 ul of Gel Beads and Master Mix containing cells are loaded into each channel of the microfluidics chip, for a maximum possible total recovery of GEMs of about 130 ul.  Withdrawal of 100 ul of GEMs, less than the total maximum volume of GEMs, from the bottom of the recovery wells demonstrates successful separation of GEMs from the immiscible fluid (oil).

71.     The protocol further instructs the user that after the pipette tips containing the GEMs are withdrawn from the wells, "GEMs should appear opaque and uniform across all channels."  Exhibit E, Single Cell 3' User Guide, at 16.  The Single Cell 3' User Guide further instructs the user that the presence of excess "Partitioning Oil" in the pipette tips, which would indicate a lack of separation of the GEMs from the oil, indicates a malfunction of the system caused by a clog:  "The presence of excess Partitioning Oil (clear) in the pipette tips indicates a potential clog during GEM generation."  Exhibit E, Single Cell 3' User Guide, at 16.

72.     The following images from the Single Cell 3' User Guide demonstrate the differences between successful operation of the system and faulty operation of the system:



Exhibit E, Single Cell 3' User Guide, at 53.

73.     In particular, where there are clogs in the system such that 100 ul of GEMs are not recovered, the pipette tips will contain both oil and GEMs.  *See, e.g*., Exhibit E, Single Cell 3' User Guide, at 53 (pipette tip G in the image on the right hand side image above).  The presence of oil in the tips indicates a malfunction of the system, demonstrating that when the system functions properly, the GEMs separate from the oil in the recovery wells and collect at the bottom of the wells.

74.     On information and belief, 10X began selling the Chromium Product in the United States since at least February 2016 and the GemCode Product since at least February 2015.

75.     On information and belief, 10X commercially manufactures, uses, offers for sale, sells within the United States, or imports into the United States the Chromium and/or GemCode Products.  10X's making, using, selling, offering for sale, and importation of the Chromium and GemCode Products infringes claim 1 of the '722 patent under 35 U.S.C. § 271(a).

76.     As the direct and proximate result of 10X's conduct, Bio-Rad has suffered and, if 10X's conduct is not stopped, will continue to suffer, severe competitive harm, irreparable injury, and significant damages, in an amount to be proven at trial.  Because Bio-Rad's remedy at law is inadequate, Bio-Rad seeks, in addition to damages, temporary, preliminary, and permanent injunctive relief.  Bio-Rad's business operates in a competitive market and will continue suffering irreparable harm absent injunctive relief.

## DEMAND FOR JURY TRIAL

77.     Bio-Rad demands a jury trial on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Bio-Rad prays for judgment as follows:

a.      That 10X has infringed the Asserted Patents;

33

b.      That 10X, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, be preliminarily and permanently enjoined from commercially manufacturing, using, offering for sale, selling in the United States, or importing into the United States, the Accused Products, and any other product that infringes or induces or contributes to the infringement of the Asserted Patents, prior to the expiration date of the last to expire of those patents;

c.      That Bio-Rad be awarded monetary relief sufficient to compensate Bio-Rad for damages resulting from 10X's infringement of the Asserted Patents, including lost profits and/or a reasonable royalty under 35 U.S.C. § 284, and that such monetary relief be awarded to Bio-Rad with prejudgment and post-judgment interest;

d.      That Bio-Rad be awarded enhanced damages, up to and including trebling of the damages awarded to Bio-Rad;

e.      That Bio-Rad be awarded the attorneys' fees, costs, and expenses that it incurs prosecuting this action under 35 U.S.C. § 285 and;

f.      That Bio-Rad be awarded such other and further relief as this Court deems just and proper.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

David Bilsker, Esq.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6432

Kevin P.B. Johnson, Esq.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel.: (650) 801-5015

Anne S. Toker, Esq.
James E. Baker, Esq.
Nathan Sun, Esq.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000

Dated:  October 25, 2018
5982903

By:   */s/ David E. Moore*
        David E. Moore (#3983)
        Bindu A. Palapura (#5370)
        Alan R. Silverstein (#5066)
        Jennifer Penberthy Buckley (#6264)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        dmoore@potteranderson.com
        bpalapura@potteranderson.com
        asilverstein@potteranderson.com
        jbuckley@potteranderson.com

*Attorneys for Plaintiffs Bio-Rad Laboratories, Inc.*