IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIO-RAD LABORATORIES INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>10X GENOMICS, INC.<br><br>    Defendant. | C.A. No. 18-1679-RGA |

**10X GENOMICS, INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Defendant 10X Genomics, Inc. ("10X"), by and through counsel, hereby requests that this Court stay this case pending resolution of recently-instituted *inter partes* review proceedings in front of the Patent Trial and Appeal Board concerning both patents in suit and all asserted claims. The grounds for this motion are fully set forth in 10X's opening brief and the Declaration of Samantha Jameson in support of this motion, filed contemporaneously herewith.

Pursuant to Rule 7.1.1. of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, 10X states that it has made a reasonable effort to reach an agreement with plaintiff regarding the relief requested. The parties' counsel met and conferred by phone on May 6, 2020, but efforts to reach an agreement were unsuccessful.

OF COUNSEL:

Matthew D. Powers
Paul T. Ehrlich
Robert L. Gerrity
Gina Cremona
Daniel M. Radke
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7898

| | |
|---|---|
| Redwood Shores, CA 94065<br>(650) 802-6000<br>matthew.powers@tensegritylawgroup.com<br>paul.ehrlich@tensegritylawgroup.com<br>robert.gerrity@tensegritylawgroup.com<br>gina.cremona@tensegritylawgroup.com<br>daniel.radke@tensegritylawgroup.com<br>10X_BR1679_Service@tensegritylawgroup.com | cottrell@rlf.com<br>rawnsley@rlf.com<br>ewing@rlf.com |

Azra M. Hadzimehmedovic
Aaron M. Nathan
Samantha A. Jameson
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:     (650) 802-6000
azra@tensegritylawgroup.com
aaron.nathan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
10X_BR1679_Service@tensegritylawgroup.com

*Attorneys for Defendant
10X Genomics, Inc.*

Date: May 6, 2020